*Kimmel and Silverman, P.C.*

All Time for Selected File:

*Banks, Michael v. Allied Interstate, Inc.*

Matter Id : 12-00236-NYSD

Today's Date:   7/18/2012          Client Id : 12-00180

| Date | Timekeeper | Task & Description | Original Time | Reduced Time | Rate | Original Amount | Reduced Amount |
|---|---|---|---|---|---|---|---|
| **Mar 13, 2012** | **Angela K. Troccoli** | **Initial telephone call with client about new matter, Sent Follow-up email requesting additional information (not billed)** | **0.2** | **0.0** | **$300.00** | **$60.00** | **$0.00** |
| **Mar 16, 2012** | **Angela K. Troccoli** | **Follow-up call to client regarding documents requested (not billed)** | **0.1** | **0.0** | **$300.00** | **$30.00** | **$0.00** |
| **Mar 19, 2012** | **Angela K. Troccoli** | **Receipt of documents, reviewed and spoke with client, notate file, accepted case** | **0.4** | **0.0** | **$300.00** | **$120.00** | **$0.00** |
| Mar 19, 2012 | Craig Thor Kimmel | Review AKT notes regarding case, review 15 page questionnaire completed by client regarding Allied's actions (0.4); Call to client to further discuss claims (0.3); Prepare memo to file regarding issues in case, allegations to raise, potential violations (0.3); Request JR send out a letter of representation to Allied (0.1) | 1.1 | 1.1 | $425.00 | $467.50 | $467.50 |
| Mar 19, 2012 | Jason Ryan | Prepare letter of representation / cease and desist letter to Allied; Send to M. Johnson at Allied | 0.2 | 0.2 | $155.00 | $31.00 | $31.00 |
| Apr 10, 2012 | Jacob U. Ginsburg | Reviewed documents in file and memos prepared by AKT and CTK regarding facts and allegations to raise (0.4); Call to client to discuss complaint/facts (0.4); Drafted complaint (1.3); Email client re: complaint (0.1) | 2.2 | 2.2 | $225.00 | $495.00 | $495.00 |
| Apr 13, 2012 | Jacob U. Ginsburg | Email complaint to CTK for review | 0.1 | 0.1 | $225.00 | $22.50 | $22.50 |
| Apr 13, 2012 | Jacob U. Ginsburg | Call with client concerning complaint | 0.1 | 0.1 | $225.00 | $22.50 | $22.50 |

| Date | Attorney | Description | Hours | Billed | Rate | Amount | Billed |
|---|---|---|---|---|---|---|---|
| Apr 13, 2012 | Craig Thor Kimmel | Email from JUG with complaint for review, Review same and approve | 0.2 | 0.2 | $425.00 | $85.00 | $85.00 |
| Apr 13, 2012 | Jacob U. Ginsburg | Request PK file complaint | 0.1 | 0.1 | $225.00 | $22.50 | $22.50 |
| Apr 13, 2012 | Pete Keltz | Discuss case with JUG - he requested I file the complaint in this matter | 0.1 | 0.1 | $80.00 | $8.00 | $8.00 |
| **Apr 23, 2012** | **Pete Keltz** | **Request check from LG for complaint (not billed - administrative)** | **0.1** | **0.0** | **$80.00** | **$8.00** | **$0.00** |
| Apr 23, 2012 | Pete Keltz | Prepare letter to court, summons and civil cover sheet, send to Court | 0.3 | 0.3 | $80.00 | $24.00 | $24.00 |
| Apr 24, 2012 | Craig Thor Kimmel | Expense - Filing Fee | | | | $350.00 | $350.00 |
| Apr 30, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - complaint | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| Apr 30, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - summons issued | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| Apr 30, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - Magistrate Judge Andrew J. Peck is so designated | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| Apr 30, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - Case Designated ECF. | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| **Apr 30, 2012** | **Craig Thor Kimmel** | **Receipt and review of ECF Email - note to attorney on noncompliance (not billed)** | **0.1** | **0.0** | **$425.00** | **$42.50** | **$0.00** |
| **Apr 30, 2012** | **Pete Keltz** | **Receipt of ECF emails re: complaint, summons, case assignment to Magistrate, case designation, and non-compliance; Save all emails and date stamped complaint to Amicus (not billed - administrative)** | **0.2** | **0.0** | **$80.00** | **$16.00** | **$0.00** |
| May 1, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - NOTICE OF APPEARANCE by Casey Devin Laffey | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| May 1, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - RULE 7.1 CORPORATE DISCLOSURE STATEMENT | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |

| Date | Timekeeper | Description | Hours | Billed | Rate | Amount | Billed |
|---|---|---|---|---|---|---|---|
| May 1, 2012 | Craig Thor Kimmel | Review corporate disclosure statement | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| May 1, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - NOTICE OF APPEARANCE by Daniel Aaron Schleifstein | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| May 1, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - NOTICE OF APPEARANCE by Rachel Anna Postman | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| May 1, 2012 | Craig Thor Kimmel | Receipt and review of ECF Email - NOTICE OF APPEARANCE by Ruth Mary Thomas | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| **Apr 30, 2012** | **Pete Keltz** | **Receipt of three entries of appearance and corporate disclosure statement, save all documents to Amicus and note attorneys of record in Amicus (not billed - administrative)** | **0.3** | **0.0** | **$80.00** | **$24.00** | **$0.00** |
| May 8, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - order for pretrial conference- 8/10 @ 10; Review order | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| May 9, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - amended order for pretrial conference; Review order | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| **May 9, 2012** | **Pete Keltz** | **Receipt of initial order and amended order, Calendar dates in order and save both orders (not billed - administrative)** | **0.2** | **0.0** | **$80.00** | **$16.00** | **$0.00** |
| May 10, 2012 | Amy L. Bennecoff | Email exchange with CTK re: conference | 0.2 | 0.2 | $300.00 | $60.00 | $60.00 |
| May 10, 2012 | Craig Thor Kimmel | Email exchange with ALB re: conference | 0.2 | 0.2 | $425.00 | $85.00 | $85.00 |
| May 11, 2012 | Amy L. Bennecoff | Email to PK re: making sure courtesy copies of pleadings are always sent to Judge Pauley | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |
| May 11, 2012 | Pete Keltz | Review email from ALB about sending courtesy copies of filings to Judge Pauley | 0.1 | 0.1 | $80.00 | $8.00 | $8.00 |
| May 13, 2012 | Craig Thor Kimmel | Email from M. Johnson with offer; Confer with client | 0.2 | 0.2 | $425.00 | $85.00 | $85.00 |
| May 17, 2012 | Amy L. Bennecoff | Email to PK re: service | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |

| Date | Attorney | Description | Hours | Billed | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| May 17, 2012 | Pete Keltz | Email from ALB re: service | 0.1 | 0.1 | $80.00 | $8.00 | $8.00 |
| May 17, 2012 | Pete Keltz | Email correspondence with C. Laffey re service; Review response; Email complaint, notice and waiver to C. Laffey for service, also send copy of order | 0.3 | 0.3 | $80.00 | $24.00 | $24.00 |
| May 24, 2012 | Amy L. Bennecoff | Email PK to get executed waiver from Def's attorney and efile | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |
| May 24, 2012 | Pete Keltz | Email from ALB about obtaining executed waiver and filing | 0.1 | 0.1 | $80.00 | $8.00 | $8.00 |
| May 25, 2012 | Pete Keltz | Email from R. Thomas with waiver; Efile same | 0.2 | 0.2 | $80.00 | $16.00 | $16.00 |
| May 29, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - waiver of service executed | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| Jun 27, 2012 | Amy L. Bennecoff | Demand to Def's attorney | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |
| Jul 16, 2012 | Craig Thor Kimmel | Email from R. Thomas with dep notice and OOJ; Review both documents; Attempt to contact client to discuss same | 0.4 | 0.4 | $425.00 | $170.00 | $170.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Email OOJ and dep notice to PK to save and calendar | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Consult Judge Pauley's Individual Practices re: pre-motion conferences - none required for fee motions | 0.1 | 0.1 | $300.00 | $30.00 | $30.00 |
| Jul 16, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - answer | 0.1 | 0.1 | $425.00 | $42.50 | $42.50 |
| Jul 16, 2012 | Craig Thor Kimmel | Review answer | 0.2 | 0.2 | $425.00 | $85.00 | $85.00 |
| **Jul 16, 2012** | **Pete Keltz** | **Download and save answer to Amicus (not billed - administrative)** | **0.1** | **0.0** | **$80.00** | **$80.00** | **$0.00** |
| **Jul 16, 2012** | **Pete Keltz** | **Calendar OOJ acceptance date and dep date in Amicus, save both docs (not billed - administrative)** | **0.1** | **0.0** | **$80.00** | **$80.00** | **$0.00** |

| Date | Timekeeper | Description | Hours | Billed | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| Jul 16, 2012 | Amy L. Bennecoff | Prepare Notice of Motion for Attorneys Fees and Costs | 0.1 | 0.1 | $300.00 | $80.00 | $30.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Review and make redactions to bill - redact to protect attorney client privilege and work product privilege, reduce entries as necessary utilizing billing judgment | 0.3 | 0.3 | $300.00 | $80.00 | $90.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Review and revise form memo of law - add in facts of this case and procedural history of this case; add in timekeeper identities, amounts billed, and tasks performed; include reference to specific litigation activities performed in this matter | 0.5 | 0.5 | $300.00 | $80.00 | $150.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Revise form Table of Contents (0.1) and Table of Authorities (0.2) to reflect page numbers for this Memo | 0.3 | 0.3 | $300.00 | $80.00 | $90.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Revise declarations of CTK, ALB and JUG - add in specific tasks performed, amounts billed | 0.3 | 0.3 | $300.00 | $80.00 | $90.00 |
| Jul 16, 2012 | Amy L. Bennecoff | Prepare Cert of Service for Motion | 0.1 | 0.1 | $300.00 | $80.00 | $30.00 |
| **Jul 17, 2012** | **Craig Thor Kimmel** | **Email to client re: OOJ (not billed - after OOJ date)** | **0.2** | **0.2** | **$425.00** | **$85.00** | **$85.00** |
| **Jul 18, 2012** | **Amy L. Bennecoff** | **Conduct research on fee awards by Judge Pauley - add into memo of law (not billed - after OOJ date)** | **0.2** | **0.0** | **$300.00** | **$80.00** | **$0.00** |
| **Jul 18, 2012** | **Amy L. Bennecoff** | **Email to CTK re: fee petition already prepared Monday, just waiting on confirmation of acceptance to file OOJ and fee petition, checking on status; Review CTK response (not billed - after OOJ date)** | **0.2** | **0.0** | **$300.00** | **$60.00** | **$0.00** |
| **Jul 18, 2012** | **Craig Thor Kimmel** | **Email exchange with ALB re: status of OOJ acceptance, she has fee petition ready to file once accepted; Respond indicating waiting on confirmation from client of acceptance (not billed - after OOJ date)** | **0.2** | **0.0** | **$425.00** | **$85.00** | **$0.00** |

| Date | Name | Description | | | | | |
|---|---|---|---|---|---|---|---|
| Jul 18, 2012 | Craig Thor Kimmel | Call with client - confirm he wants to accept OOJ; Email ALB to accept OOJ and file fee petition (not billed - after OOJ date) | 0.1 | 0.0 | $425.00 | $42.50 | $0.00 |
| Jul 18, 2012 | Amy L. Bennecoff | Request PK prepare docs necessary to accept OOJ tomorrow, advise PK also filing fee petition tomorrow (not billed - after OOJ date) | 0.1 | 0.0 | $300.00 | $30.00 | $0.00 |
| Jul 18, 2012 | Pete Keltz | Discuss case with ALB - she wants me to file OOJ and fee petition tomorrow via ECF; Prepare notice of acceptance (not billed - after OOJ date) | 0.2 | 0.0 | $80.00 | $16.00 | $0.00 |
| Jul 18, 2012 | Amy L. Bennecoff | Modify dates on docs for fee petition to reflect tomorrow's date, Modify time amounts to account for additional post-OOJ time in declarations and memo, add in time for PK's filing of docs tomorrow in bill, Check docket to determine what docket number would be used for OOJ acceptance and modify memo to include reference to filing of OOJ and docket number that should appear, PDF docs, Send to PK for filing (not billed - after OOJ date) | 0.2 | 0.0 | $300.00 | $60.00 | $0.00 |
| Jul 18, 2012 | Pete Keltz | Email from ALB with docs for filing for fee petition (not billed - after OOJ date) | 0.1 | 0.0 | $80.00 | $8.00 | $0.00 |
| Jul 19, 2012 | Pete Keltz | Confirm docs dated for today; Efile docs for OOJ and fee petition via ECF | 0.1 | 0.0 | $80.00 | $8.00 | $0.00 |
| | | | Total File Time | Reduced Time | | Bill Total | Reduced Total |
| | | | 13.4 | 10.2 | | $4,283.00 | $3,417.00 |